UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. **M-17-525** |
| DANIEL BETANCOURT | § § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about March 21, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DANIEL BETANCOURT**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Federal Bureau of Investigation, by stating to Federal Bureau of Investigation Special Agents that after Luis Gerardo Betancourt was arrested on December 4,th of 2015, the Defendant did not communicate with Jonathan Valdez about breaking phones, when in truth and in fact, the statement and representation was false, as Daniel Betancourt then and there knew, that after Luis Gerardo Betancourt was arrested on December 4,th 2015, the Defendant communicated with Jonathan Valdez telling him to break phones on December 5,th 2015.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY