PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

# United States District Court for
# SOUTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision – No Court Action Required

Name of Offender: **DANIEL BETANCOURT**  Case Number: **7:17CR00525-001**

Name of Sentencing Judicial Officer: **HONORABLE RANDY CRANE**

Date of Original Sentence: **OCTOBER 30, 2017**

Original Offense: **MAKING A MATERIALLY FALSE, FICTITOUS, OR FRAUDULENT STATEMENT OR REPRESENTATION, IN VIOLATION OF 18 U.S.C. § 1001(a)(2).**

Original Sentence: **TWELVE (12) MONTHS AND ONE (1) DAY CUSTODY OF THE U.S. BUREAU OF PRISONS, FOLLOWED BY A THREE (3) YEAR TERM OF SUPERVISED RELEASE.**

Type of Supervision: **SUPERVISED RELEASE**  Date Supervision Commenced: **06/29/18**

Maximum Penalty Upon Revocation: **TWO (2) YEARS CUSTODY OF THE U.S. BUREAU OF PRISONS, PURSUANT TO 18 U.S.C. § 3583(e)(3).**

## PREVIOUS COURT ACTION

**12/20/19**: A Petition for Warrant or Summons for Offender Under Supervision was submitted to the Honorable Court alleging the Releasee violated the Mandatory Conditions of supervision when he committed the offenses of domestic abuse battery, domestic battery child endangerment, and resisting an officer. On December 27, 2019, the Honorable Court ordered No Action, given these incidents occurred nearly 3 months ago and that there are no witnesses here in the area to prove these allegations, I will just defer to local law enforcement for appropriate punishment for these incidents.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

RE:   BETANCOURT, Daniel                                                                              2
      Dkt. No. 7:17CR00525-001

**1.        Mandatory Condition:        "SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME"**

On or about February 2, 2021, in Ascension Parish, Louisiana, within the Western District of Louisiana, Daniel Betancourt violated the Mandatory Condition of supervision by committing the offense of driving while intoxicated, in violation of Louisiana Revised Statute § 14:98.

According to the Louisiana State Police Uniform Driving While Intoxicated Arrest Report, at approximately 10:22 p.m., Trooper Jeffrey S. Bennett arrived on scene to a two (2) vehicle crash. Trooper Bennett made contact with the suspect identified as Daniel Betancourt, the Releasee, who was observed to have slurred speech, swaying from side to side as he stood, red and glassy eyes, and a strong odor of alcohol emitting from his breath. When asked about his alcohol consumption, the Releasee admitted to consuming one (1) beer at his brother's house prior to the crash.

Trooper Bennett instructed the Releasee to walk to a clear location so that Standardized Field Sobriety Tests (SFSTs) could be administered. SFSTs were performed wherein the Releasee failed. Due to the Releasee's poor performance on the SFSTs, the Releasee was placed under arrest for the offense of driving while intoxicated and transported to the Ascension Parish Sheriff's Office 2nd District for an opportunity to take a breath test. Trooper Bennett read the Releasee his rights related to the chemical tests for intoxication, and the Releasee stated that he understood his rights. After a fifteen (15) minute observation period, the Releasee provided a valid breath sample with a result of 0.141 Blood Alcohol Content.

This charge remains pending before the State of Louisiana 23rd Judicial District Court in Parish of Ascension, Louisiana.

**2.        Standard Condition #9:        "SHALL NOTIFY USPO WITHIN 72 HOURS OF ARREST OR QUESTIONING BY A LAW ENFORCEMENT OFFICER"**

On February 5, 2021, Daniel Betancourt violated Standard Condition #9 of supervision by failing to notify USPO Carl Quiller, Jr., within 72 hours of being arrested by a law enforcement officer, as evidenced by his arrest on February 2, 2021.

**U.S. Probation Officer Action:**

Releasee Betancourt was verbally counseled for his behavior leading up to his driving while intoxicated arrest by USPO Quiller. Releasee Betancourt was referred for a drug/alcohol screening at Counseling Services of Southwest Louisiana, to include bi-weekly sessions with a substance abuse counselor. This USPO is recommending that no further action be taken at this time to allow the Releasee to benefit from an outpatient substance abuse treatment program, but that the Court reserve the right to address these violations at a later date.

**RE:  BETANCOURT, Daniel** 3
    **Dkt. No.  7:17CR00525-001**

Approved:   Respectfully submitted,

_____   By: _____
Ruben M. Garza, Supervising   Linda M. Cerda
United States Probation Officer   United States Probation Officer
    March 8, 2021
    (LMC) #3424133

**RE:** BETANCOURT, Daniel  4
**Dkt. No.:**  7:17CR00525-001

---

[ × ]  Court Concurs with Recommended Action

[ ]  Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other: _____
_____
_____


*/s/ Randy Crane*
_____
Honorable Randy Crane
U. S. District Judge


March 11, 2021
_____
                    Date